```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------- x         DOC#
                                                DATE FILED: 10/19/09

VICENTE DOMINGUEZ,                    :

                Plaintiff,            :         09 Civ. 3150 (AJP)

        -against-                     :         ORDER

WAKEFERN FOOD CORP., et al.,          :

                Defendants.           :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Trial (jury) is scheduled for December 14, 2009 at 9:00 a.m. sharp. While counsel have estimated 5 days for trial, the Court anticipates it will move much faster than that, and counsel are directed to have sufficient witnesses available each day to fill the complete trial day.

If counsel want the Court to rule before trial on their objections to each other's witnesses, they should <u>promptly</u> contact my secretary (at 212-805-0036) to schedule a final pretrial conference. Counsel must bring all discovery material relevant to the objections to the conference (and/or trial).

SO ORDERED.

Dated:      New York, New York
            October 19, 2009

                                                _____
                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:   William P. Kelly, Esq.
                              Richard M. Kenny, Esq.
                              Mitchell B. Levine, Esq.

C:\OPIN\