| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 10/23/09 |

---------------------------------------- x

VICENTE DOMINGUEZ,                       :

              Plaintiff,          :          09 Civ. 3150 (AJP)

      -against-                         :          ORDER SCHEDULING
                                                                                                           CONFERENCE

WAKEFERN FOOD CORP., et al.,             :

              Defendants.         :

---------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a final pretrial conference is scheduled for November 2, 2009 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:      New York, New York
             October 23, 2009

                                                                   _____
                                                                   Andrew J. Peck
                                                                  United States Magistrate Judge

Copies **by fax & ECF** to:     Richard M. Kenny, Esq.
                                       William P. Kelly, Esq.
                                       Mitchell B. Levine, Esq.